```
                                               FILED
                                       UNITED STATES DISTRICT COURT
                                         ALBUQUERQUE, NEW MEXICO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEC **2 0** 2022

**MITCHELL R. ELFERS**
**CLERK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-999 MV |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 2261A(2)(B), |
| ) | 2261(b)(5), and 2261B(a): Cyberstalking; |
| **ZACHARY DOSCH**, ) | 18 U.S.C. §: Aiding and Abetting; |
| ) | |
| Defendant. ) | Count 2: 18 U.S.C. §§ 2252A(a)(2), |
| ) | 2252A(b)(1), and 2256: Receipt of Child |
| ) | Pornography; |
| ) | |
| ) | Count 3: 18 U.S.C. §§ 2252A(a)(2), |
| ) | 2252A(b)(1), and 2256: Distribution of |
| ) | Child Pornography. |

## I N F O R M A T I O N

The United States Attorney charges:

### Count 1

From in or about October 2019, and continuing to on or about June 17, 2021, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **ZACHARY DOSCH**, with the intent to injure, harass, and cause substantial emotional distress to a person in another state, namely, Georgia, used facilities of interstate and foreign commerce to engage in a course of conduct that caused, and would reasonably be expected to cause, substantial emotional distress to Jane Doe, a minor under 18 years of age.

In violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5), 2261B(a), and 2.

### Count 2

On or about January 19, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **ZACHARY DOSCH**, knowingly received, and attempted to receive, any child

pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256.

### Count 3

On or about January 15, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **ZACHARY DOSCH**, knowingly distributed, and attempted to distribute, any child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256.

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Mease*
SARAH J. MEASE
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103-0607
(505) 346-7274